IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

GLORIA PEREZ,

    Plaintiff,

v.

BROOKSIDE CLEANERS, L.L.C., a domestic limited liability company,

    Defendant.

Case No. 4:13-CV-354-GKF-TLW

*Removed from the District Court in and for Tulsa County, State of Oklahoma, Case No. CJ-2013-2396*

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the parties hereby stipulate that Plaintiff's claims are hereby dismissed with prejudice. The parties agree that they shall bear their own respective attorneys' fees and costs incurred in connection with this action.

Dated July 10, 2013.

**APPROVED AS TO CONTENT AND FORM:**

BRENDAN M. MCHUGH, ATTORNEY AT LAW

By: s/ *Brendan M. McHugh*
   Brendan M. McHugh, OBA No. 18422
   P.O. Box 1392
   Claremore, OK 74018
   Telephone (918) 343-1773
   Facsimile (918) 283-4331
   bmchugh@mchughlaw.net

**ATTORNEY FOR PLAINTIFF GLORIA PEREZ**

DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.

By: s/ *Kenneth T. Short*
   Christopher S. Thrutchley, OBA No. 15859
   Kenneth T. Short, OBA No. 22712
   Two West Second Street, Suite 700
   Tulsa, Oklahoma 74103-3117
   Telephone (918) 582-1211
   Facsimile (918) 591-5360
   cthrutchley@dsda.com
   kshort@dsda.com

-And-

Joe M. Bohannon, OBA No. 12658
4157 S. Harvard Avenue, Suite 100
Tulsa, Oklahoma 74135
Telephone (918) 744-5696
joebolaw@tulsacoxmail.com

**ATTORNEYS FOR DEFENDANT BROOKSIDE CLEANERS, L.L.C.**